UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUKHJINDER SINGH, | ) Case No. CV 09-4328 AHM(JC) |
| Petitioner, | ) JUDGMENT |
| v. | ) |
| ERIC HOLDER, et al., | ) |
| Respondents. | ) |

Pursuant to this Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus by a Person in Federal Custody is denied and this action is dismissed without prejudice.

DATED: September 17, 2009

_____
HONORABLE A. HOWARD MATZ
UNITED STATES DISTRICT JUDGE

JS-6